UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARGARET LYNN GERRITY,
                         Plaintiff,

             -against-

LISA DABNEY, MD.,
                         Defendant.
-------------------------------------------------------------X

24 Civ. 912 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled March 27, 2024;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the March 27, 2024, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

      **ORDERED**, regarding settlement discussions, the parties' request for a referral to a settlement conference is **GRANTED**. The referral will issue in a separate order.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 22, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**