**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MARGARET LYNN GERRITY,

                            Plaintiff,

            -against-

LISA DABNEY, MD,

                            Defendant.

-------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/26/2024 |

**24-CV-00912 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Friday, March 22, 2024, the Honorable Lorna G. Schofield assigned this matter to my

docket for settlement. In light of the Court's busy calendar, settlement conferences must

generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to

accommodate last-minute requests for settlement conferences, and the parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah

Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a

settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 26, 2024
            New York, New York