IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARET LYNN GERRITY,<br><br>Plaintiff,<br><br>v.<br><br>LISA DABNEY, MD,<br><br>Defendant. | Case No. 1-24-CV-00912 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Whereas the parties have reached a settlement of this Action, the parties to this Action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this Action, including all claims and defenses stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: March 28, 2024

OSTRAGER CHONG FLAHERTY &
BROITMAN P.C.

By: _____
Joshua S. Broitman
437 Madison Avenue, 24th Floor
New York, NY 10022
T: (212) 702-7049
E: jbroitman@ocfblaw.com

Edward C. Greenberg
EDWARD C. GREENBERG, LLC
437 Madison Avenue, 24th Floor
New York, NY 10022
Tel: (212) 697-8777
Fax: (212) 697-2528
Email: ecglaw@gmail.com

*Counsel for Plaintiff*

Dated: March 28, 2024

POLER LEGAL LLC

By: _____
Emily A. Poler
15 MetroTech Center, 7th Floor
Brooklyn, NY 11201
(212) 675-9060
emily@polerlegal.com

*Counsel for Defendant*